FILED
2017 Jun-13  AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| SHAVONNE WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2:17-cv-00820-JHE |
| | ) | |
| ALLIANCE PANCAKE PARTNERS, LLC | ) | |
| d/b/a International House of Pancakes, | ) | |
| | ) | |
| Defendant. | | |

**ORDER**

The parties have filed a consent motion to submit claims to arbitration.  (Doc. 6).  Plaintiff Shavonne Warren and Defendant Alliance Pancake Partners, LLC d/b/a International House of Pancakes are parties to a written Agreement to Arbitrate that encompasses Plaintiff's substantive allegations against Defendant in this case.  (*See* doc. 1, doc. 15-1).  The Plaintiff has agreed to dismiss this action without prejudice and to submit her claims to arbitration.  (Doc. 15 at 1).  Plaintiff further requests the court refund her $200 filing fee to use in the initiation of the arbitration proceeding.  (*Id.*).  Defendant agrees to be responsible for the remaining costs and fees for the arbitration forum.  (*Id.*).  *See Ervin v. Alliance Pancake Partners, LLC*, Case No. 2:16-cv-00571-RDP, Doc. No. 15 (granting such relief in another employment case involving this defendant and the exact same agreement to arbitration).  Accordingly, it is **ORDERED**:

1.  The consent motion to submit claims to arbitration, (doc. 6), is **GRANTED**.

2.  The Clerk of Court is **DIRECTED** to refund Plaintiff $200.00 of her filing fee.  Plaintiff **SHALL** use that refund to cover the cost of her arbitration filing fee.

3.  Plaintiff **SHALL** pay only the $200 filing fee to initiate the arbitration.  Plaintiff shall bear no other financial obligation during arbitration.

4.  In accordance with the American Arbitration Association's Employment Arbitration Rules, which will govern the arbitration, Defendant **SHALL** be responsible for the remaining costs and fees of arbitration.

5.  Plaintiff's arbitration claims **SHALL** relate back to the date of filing of the Complaint in this case (that is, May 18, 2017).

6.  This action is **DISMISSED WITHOUT PREJUDICE** to the right of the prevailing party to enforce any arbitration award.

DONE this 13th day of June, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE